**DISMISS; and Opinion Filed February 6, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00071-CV**

## IN RE JOHN ROBERT WHIRTY, Relator

**Original Proceeding from Dallas County, Texas**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Schenck
Opinion by Justice Francis

In this original proceeding, relator seeks a writ of mandamus directing Felicia Pitre, Dallas County District Clerk, to file two motions he says he sent to Dallas County Criminal District Court Number 2 and the 101st Judicial District Court.

This Court does not have jurisdiction to issue a writ of mandamus against a district clerk unless it is necessary to enforce our own jurisdiction. TEX. GOV'T CODE § 22.221(a); *In re Wilkerson*, No. 05-16-00322-CV, 2016 WL 1320815, at *1 (Tex. App.—Dallas Apr. 5, 2016, orig. proceeding) (mem. op.)). Relator has no appeal pending in this Court and, therefore, our jurisdiction is not in jeopardy. Accordingly, we dismiss relator's petition for writ of mandamus for want of jurisdiction.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

180071F.P05